**MEMORANDUM OPINION AND ORDER**

---

[1] The petition was signed on October 29, 2009, but not docketed until November 17, 2009.

[2] Section 636 of Title 28 of the U.S. Code governs the jurisdiction, power, and temporary assignments of United States Magistrate Judges. Subsection (b)(1) provides: