IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLEVELAND LOFTON | : | CIVIL ACTION |
| Petitioner | : | |
| vs. | : | |
| | : | NO. 09-CV-5503 |
| EASTERN DISTRICT SUPREME COURT, et al. | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 16th day of March, 2010, upon review of the Petition for Writ of Habeas Corpus, Magistrate Judge Henry S. Perkin's Report and Recommendation, and Petitioner's Objections to the Report and Recommendation, it is hereby ORDERED that the Report and Recommendation is APPROVED and ADOPTED. It is further ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE and without an evidentiary hearing. It is further ORDERED that there is no probable cause to issue a certificate of appealability. The Clerk of Court is directed to close this case for statistical purposes

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.